789 A.2d 650

IN THE MATTER OF WILLIAM P. WELAJ,
AN ATTORNEY AT LAW.

February 7, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–374, concluding that **WILLIAM P. WELAJ** of **SOMERVILLE,** who was admitted to the bar of this State in 1973, should be suspended from the practice of law for a period of three months for violating *RPC* 1.7(b) (conflict of interest), *RPC* 1.7(c) (conflict of interest/ethics opinion), *RPC* 8.4(a) (knowingly assisting another to violate the Rules of Professional Conduct), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **WILLIAM P. WELAJ** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 4, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.